OPINION — AG — **** BOARD OF EDUCATION MEMBER — ELIGIBILITY UPON TAKING OATH OF OFFICE **** (1) MEMBER OF BOARD OF EDUCATION ELECTED ON FOURTH TUESDAY IN JANUARY 11971, TAKES OFFICE IMMEDIATELY UPON THE TAKING OF THE OATH OF OFFICE (2) THE LEGISLATURE MAY ALTER THE TERM OF AN ELECTED OFFICIAL WHOSE TERM WAS ORIGINALLY SET BY THE LEGISLATURE. CITE: 70 O.S. 1961 4-7 [70-4-7], ARTICLE XIII, SECTION 1 (GARY M BUSH)